```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JEFFREY CHATELAIN

                                    ORDER OF DISMISSAL FOR
            -v-                       LACK OF ACTIVITY,
                                 ADOPTING REPORT & RECOMMENDATION
                                       CV 14-5360 (JS)(AYS)
SGT. CONKLIN, ET AL.
----------------------------------------X
```

APPEARANCES:
FOR PLAINTIFF(S):
Jeffrey Chatelain, *Pro Se*
7400 Shore Front Pkwy.    #10U
Rockaway Beach  NY 11692


FOR DEFENDANT(S):
Kevin Palmeri, Esq.
Nassau County Attorney's Office
1 West St.
Mineola  NY 11501


SEYBERT, DISTRICT JUDGE:

    The above-captioned case was opened with a complaint on Sep. 8, 2014.

    Magistrate Judge Anne Y. Shields has been supervising pretrial matters since being reassigned the case on Mar. 14, 2015. There has been no contact by the plaintiff since then, so Judge Shields issued a Sua Sponte Report & Recommendation on Sep. 2, 2015 (docket entry [21]), that the case be dismissed for failure to prosecute. As detailed in the Report & Recommendation, "Plaintiff has failed to follow multiple court orders requiring either his appearance or other communication with the court." There has been no objection received, so the Report & Recommendation is ADOPTED.

    IT IS HEREBY ORDERED that the case be DISMISSED with prejudice for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment and mark the case closed.

    SO ORDERED.

    /s/ JOANNA SEYBERT
    JOANNA SEYBERT, U.S.D.J.

Dated:  Central Islip, New York
        Sep. 30, 2015